IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2019 JAN 17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:19-mj-$30$ |
| ) | |
| DAEVON D. GREENE, ) | Initial Appearance: January 23, 2019 |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

COUNT I - (Misdemeanor –7626561/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 7, 2018 at Arlington National Cemetery, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant DAEVON D. GREENE did unlawfully assault Dominick Wells by striking him in the face with a closed fist.

(In violation of Title 18 United States Code Section 113.)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3776
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant DAEVON D. GREENE at 8006 Eastern Drive, Apt 202, Silver Spring, Maryland 20910 on _January 17_, 2019.

By: _Elizabeth A. Banger_
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314